1 | BENJAMIN B. WAGNER
United States Attorney
2 | DANIEL J. GRIFFIN
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099



6 | Attorneys for Plaintiff
United States of America

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF | CASE NO. 1:15 MJ 00089 SKO |
|---|---|
| THE EXTRADITION OF | **ORDER FOR ARREST WARRANT** |
| JESÚS FLORES BUENROSTRO alias "El Trucos" | **UNDER SEAL** |

BEFORE ME, a United States Magistrate Judge for the Eastern District of California, personally appeared Assistant United States Attorney Daniel J. Griffin, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that JESÚS FLORES BUENROSTRO, alias "El Trucos," should be apprehended and brought before this Court so that the evidence of criminality may be heard and considered as provided in 18 U.S.C. § 3184, and the Extradition Treaty between the United States and Mexico. The Court also ORDERS that the complaint, this order, and the arrest warrant be placed UNDER SEAL until the arrest of the fugitive or further order of the Court.

IT IS THEREFORE ORDERED that a warrant for the arrest of JESÚS FLORES BUENROSTRO be issued.

DATED: June 30, 2015

SHEILA K. OBERTO
U.S. Magistrate Judge

EXTRADITION ORDER