BENJAMIN B. WAGNER
United States Attorney
DANIEL GRIFFIN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>JESUS FLORES BUENROSTRO<br>alias "El Trucos" | CASE NO. 1:15-MJ-00089 SKO<br><br>ORDER TO UNSEAL COMPLAINT |

    This complaint was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

    IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public record.

IT IS SO ORDERED.

    Dated: **July 7, 2015**          **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE

1